

Wednesday, March 5, 2014

No. 12–0516/AF.  U.S. v. Michael S. Tunstall.  CCA 37592.  Review granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS (AFC-CA) VIOLATED *UNITED STATES v. BUBER*, 62 M.J. 476 (C.A.A.F. 2006), WHEN IT ONLY LOOKED AT THE CHANGE IN THE MAXIMUM POSSIBLE PUNISHMENT TO DETERMINE WHETHER THERE WAS A DRAMATIC CHANGE TO THE PENALTY LANDSCAPE, AND *UNITED STATES v. MOFFEIT*, 63 M.J. 40 (C.A.A.F. 2006), WHEN IT DID NOT USE THE PROPER STANDARD OF "BEYOND A REASONABLE DOUBT."

No briefs will be filed under Rule 25.